

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Kivean Deshai Coffey, Appellant

No. 06-13-00218-CR     v.

The State of Texas, Appellee

Appeal from the 276th District Court of Morris County, Texas (Tr. Ct. No. 10,751CR). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We note that the appellant, Kivean Deshai Coffey, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk